Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*,<br><br>                    **Plaintiffs,**<br><br>         v.<br>**UNITED STATES,**<br><br>                    **Defendant.** | Before: Hon. _____,<br>              Judge<br><br>Court No. 25-00156 |

**TO:**    The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                              /s/ *Mario Toscano*
                              Clerk of the Court

_____

1.  Plaintiffs, Catfish Farmers of America and individual U.S. catfish processors America's Catch, Inc., Alabama Catfish, LLC d/b/a Harvest Select Catfish, Inc., Consolidated Catfish Companies, LLC d/b/a Country Select Catfish, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc. d/b/a Pride of the Pond, and Simmons Farm Raised Catfish, Inc. are interested parties within the meaning of 19 U.S.C. § 1677(9)(C) and (G). Plaintiffs have standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. 1516a(d).
    (Name and standing of plaintiff)

2.  Plaintiffs contest certain aspects of the U.S. Department of Commerce's final results in the 2022-2023 administrative review of the antidumping duty order on Certain Frozen Fish Fillets from the Socialist Republic of Vietnam. *Certain Frozen Fish Fillets From the Socialist Republic of Vietnam*, 90 Fed. Reg. 26,004 (Dep't Commerce June 18, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).
    (Brief description of contested determination)

3.  June 12, 2025
    (Date of determination)

4.  June 18, 2025 (90 Fed. Reg. 26,004)
    (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

    Nazak Nikakhtar, Esq.
    Maureen E. Thorson, Esq.
    Stephanie M. Bell, Esq.
    John Allen, Riggins, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*/s/ Nazak Nikakhtar*
Signature of Plaintiff's Attorney

July 18, 2025
Date

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044