## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*,<br><br>                              **Plaintiffs,**<br>          **v.**<br><br>**UNITED STATES,**<br><br>                              **Defendant.** | **Before: Hon. _____,**<br>              **Judge**<br><br>**Court No. 25-00156** |

## <u>ORDER</u>

Upon consideration of the consent motion for errata filed by Plaintiffs Catfish Farmers of America and individual U.S. catfish processors America's Catch, Inc., Alabama Catfish, LLC d/b/a Harvest Select Catfish, Inc., Consolidated Catfish Companies, LLC d/b/a Country Select Catfish, Delta Pride Catfish, Inc., Guidry's Catfish, Inc., Heartland Catfish Company, Magnolia Processing, Inc. d/b/a Pride of the Pond, and Simmons Farm Raised Catfish, Inc. (collectively, "CFA"), to substitute the corrected version of their August 15, 2025 complaint (ECF No. 8) for the originally filed version, and all other papers and proceedings herein, it is hereby:

**ORDERED,** that the motion is granted.


Date: _____                                    _____

New York, New York.

                    Pursuant to Rule 82(b), the above motion is Granted.

                    Dated: August 19, 2025

                              Clerk of the Court
                              By: <u>/s/ Giselle Almonte</u>
                              Deputy Clerk