UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA, et al.,**<br><br>                    Plaintiffs,<br><br>            v.<br><br>**UNITED STATES,**<br><br>                    Defendant,<br><br>            and<br><br>**CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY and NTSF SEAFOODS JOINT STOCK COMPANY**<br><br>                    Defendant-Intervenors | Before: Hon. Richard K. Eaton, Judge<br><br>Court No. 25-00156 |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade ("CIT") and the Court's September 4, 2025 Order, counsel for the parties in the above-captioned action have consulted and respectfully submit the following Joint Status Report and Proposed Briefing Schedule.

**I.      JOINT STATUS REPORT**

In response to the questions set forth in Rule 56.2(a) of the Rules of this Court, the parties state as follows:

**1.      Does the Court have jurisdiction over the action?**

This appeal challenges the final results issued by the U.S. Department of Commerce ("Commerce") in the administrative review of the antidumping duty order covering certain frozen fish fillets from the Socialist Republic of Vietnam. *See Certain Frozen Fish Fillets from the Socialist Republic of Vietnam*, 90 Fed. Reg. 26,004 (Dep't Commerce June 18, 2025) (final results

and partial rescission of admin. rev.; 2022-2023). Plaintiffs believe that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c), as this action is commenced under Sections 516A(a)(2)(A)(i)(I) and (B)(iii) of the Tariff Act of 1930, *codified as amended*. 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii). Defendant and defendant-intervenor are not aware of any basis to challenge the Court's jurisdiction at this time.

2. **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

The parties do not believe that this case should be consolidated with any other case, or that any portion of this case should be severed.

3. **Should further proceedings in this case be deferred pending consideration of another case before the Court or any other tribunal and the reasons for such deferral?**

The parties are not aware of any reason this case should be deferred pending a decision in another case before this Court or any other tribunal.

4. **Should the court be aware of any other information at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

II. **PROPOSED BRIEFING SCHEDULE**

After consultation, the parties agree upon and respectfully propose the following briefing schedule:

| | |
|---|---|
| **January 23, 2026:** | Plaintiffs shall file their Rule 56.2 motion for judgment upon the agency record and supporting brief. |
| **March 24, 2026:** | Defendant shall file its response brief. |
| **April 7, 2026:** | Defendant-Intervenors shall file their response briefs. |

| | |
|---|---|
| **May 5, 2026:** | Plaintiffs shall file their reply brief. |
| **May 19, 2026:** | Plaintiffs shall file the joint appendix. |
| **May 26, 2026:** | Motions for oral argument, if any, shall be filed. |

The parties agree to follow the word count limitations set forth in the Court's Standard Chambers Procedures for Plaintiffs' Rule 56.2 supporting brief (*i.e.*, 14,000 words) and reply brief (*i.e.*, 7,000 words) and for Defendant's and Defendant-Intervenors' response briefs (*i.e.*, 14,000 words).

A proposed order setting forth the briefing schedule proposed by the parties is attached hereto.

Respectfully submitted,

*/s/ Nazak Nikakhtar*
Nazak Nikakhtar, Esq.
Maureen E. Thorson, Esq.
Stephanie M. Bell, Esq.
John Allen Riggins, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*Counsel for Plaintiffs Catfish Farmers of America, et al.*

|  |  |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| OF COUNSEL:<br>KENNETH GARRETT KAYS<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | /s/ *Collin T. Mathias*<br>COLLIN T. MATHIAS<br>Trial Attorney<br>United States Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 480 \| Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-0315<br>Collin.T.Mathias@usdoj.gov<br><br>*Counsel for Defendant United States* |

/s/ *Robert Lewis LaFrankie, II*
ROBERT LEWIS LAFRANKIE, II

**CROWELL & MORING, LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2868
rlafrankie@crowell.com

*Counsel for Can Tho Import Export Seafood Joint Stock Company*

/s/ *Jonathan M. Freed*
JONATHAN M. FREED
Didie Muller
Kenneth Neal Hammer
MacKensie Ruth Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003

               (202) 223-3760
               jfreed@tradepacificlaw.com

*Counsel for Defendant-Intervenor NTSF Seafoods Joint Stock Company*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA, et al.,**<br><br>                    Plaintiffs,<br><br>            v.<br><br>**UNITED STATES,**<br><br>                    Defendant,<br><br>            and<br><br>**CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY and NTSF SEAFOODS JOINT STOCK COMPANY**<br><br>                    Defendant-Intervenors | Before: Hon. Richard K. Eaton, Judge<br><br>Court No. 25-00156 |

## **PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint status report and proposed briefing schedule and pursuant to U.S. Court of International Trade ("USCIT") Rules 16 and 56.2, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule set forth below:

| FILING | DEADLINE | WORD LIMIT |
|---|---|---|
| 1. USCIT Rule 56.2 Motion for Judgment on the Agency Record and Accompanying Brief filed by Plaintiffs | **January 23, 2026** | 14,000 |
| 2. Response Brief of Defendant | **March 24, 2026** | 14,000 |
| 3. Response Brief of Defendant-Intervenors | **April 7, 2026** | 7,000 |
| 4. Reply Brief of Plaintiffs | **May 5, 2026** | 7,000 |
| 5. Joint Appendix | **May 19, 2026** | Not Applicable |
| 6. Motion for Oral Argument | **May 26, 2026** | Not Applicable |

The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern.

Dated: _____, 2025         _____
        New York, New York                                    Hon. Richard K. Eaton, Judge