**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| CATFISH FARMERS OF AMERICA, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant, )<br><br>and )<br><br>CAN THO IMPORT EXPORT SEAFOOD,<br>JOINT STOCK COMPANY, )<br><br>Defendant-Intervenor )<br><br>and )<br><br>NTSF SEAFOODS JOINT STOCK COMPANY, )<br><br>Defendant-Intervenor. ) | Before: Hon. Richard K.<br>Eaton, Senior Judge<br><br>Court No. 25-00156 |

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the accompanying Response of NTSF Seafoods Joint Stock Company ("NTSF") in Opposition to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record, dated April 17, 2026, complies with the word-count limitation described in the Court's March 24, 2026, Scheduling Order, ECF No. 39. This response contains 159 words according to the word-count function of the word-processing software used to prepare the response.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: April 17, 2026

*Counsel to NTSF*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| CATFISH FARMERS OF AMERICA, *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES, | ) | Before: Hon. Richard K. Eaton, Senior Judge |
| Defendant, | ) | Court No. 25-00156 |
| and | ) | |
| CAN THO IMPORT EXPORT SEAFOOD, JOINT STOCK COMPANY, | ) | |
| Defendant-Intervenor | ) | |
| and | ) | |
| NTSF SEAFOODS JOINT STOCK COMPANY, | ) | |
| Defendant-Intervenor. | ) | |

**RESPONSE OF
NTSF SEAFOODS JOINT STOCK COMPANY
IN OPPOSITION TO PLAINTIFF'S RULE 56.2 MOTION
FOR JUDGMENT ON THE AGENCY RECORD**

Jonathan M. Freed
MacKensie R. Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: April 17, 2026                    *Counsel to NTSF*

**Court No. 25-00156**

### RESPONSE OF NTSF SEAFOODS JOINT STOCK COMPANY
### IN OPPOSITION TO PLAINTIFF'S RULE 56.2 MOTION
### FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to the Court's March 24, 2026, Scheduling Order, ECF No. 39, NTSF Seafoods Joint Stock Company ("NTSF"), a defendant-intervenor in the above-captioned action, respond in opposition to Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record. *See* ECF 37 ("Pl. Br."). In lieu of filing a substantive brief and to avoid redundancy in arguments, NTSF incorporates by reference the response and arguments made by Defendant United States in its April 3, 2026, Response in Opposition to Plaintiff's Motion for Judgment Upon the Agency Record. *See* Def.'s Resp. to Pl. Mot. For J. Upon Agency R. (Apr. 3, 2026), ECF 41 ("Def. Br.") as well as the arguments raised by Can Tho Import Export Seafood Joint Stock Company ("CASEAMEX"), Defendant-Intervenor in its reply brief filed today.

Accordingly, based on the arguments submitted by Defendant and CASEAMEX, NTSF requests that the Court affirm Commerce's final results with respect to the challenges raised in Plaintiff's Rule 56.2 motion and memorandum.

Respectfully submitted,

/s/ Jonathan M. Freed
Jonathan M. Freed
MacKensie R. Sugama

**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C.  20003
(202) 223-3760

Dated: April 17, 2026                    *Counsel to NTSF*

1